Christopher BRANNING *v.* STATE of Arkansas

CR 07-789                                                    269 S.W.3d 813

Supreme Court of Arkansas
Opinion delivered December 13, 2007

*James Winfield Wyatt,* for appellant.

*Dustin McDaniel,* Att'y Gen., by: *David R. Raupp,* Sr. Ass't Att'y Gen., for appellee.

PER CURIAM. ■ The attorney for appellant has filed this motion to compel completion of the record in this appeal. He states that the record has not been completed due to grave illness of the court reporter. The State responds and states that finding another reporter to complete the transcript would be appropriate, *see Whitten v. State,* 332 Ark. 373, 965 S.W.2d 124 (1998) (per curiam), a solution the circuit judge's office has already begun to pursue.

We grant appellant's motion and order that the court reporter's tapes be released for transcription, and, if necessary, certification by another reporter.